# EXHIBIT A

## Santa Margarita Toyota
22722 Avenida Empresa
Santa Margarita, CA 92688

**Transaction Summary**

Deal Number: 31430

| | | | |
|---|---|---|---|
| **Buyer Name:** | TERESA SOLIS | **Accessories:** | $0.00 |
| **Co-Buyer Name:** | N/A | **Deposit:** | $0.00 |
| **Vehicle Description:** | 2019 TOYOTA RAV4 | | |
| **Autocode:** | 01121 | **Trade-in Amount:** | $0.00 |
| **Deal Started:** | 10/02/20 5:18:22pm | **Trade-in Payoff:** | $0.00 |
| **Deal Finished:** | 10/02/20 5:41:08pm | **Rebate/Non-cash Credit:** | $0.00 |
| **Indirect Lender:** | TOYOTA MTR CRDT CORP | **Cash Down:** | $3,000.00 |
| **Cash Price:** | $32,309.00 | | |
| **Base Payment:** | $517.39 | **Term (in months):** | 72 |
| **APR:** | 4.65% | **Base Amount Financed:** | $32,394.54 |

| **Products Selected for Purchase:** | **Monthly** | **Amount** |
|---|---|---|
| TFS Guaranteed Auto Protection<br>Reinsurance 325 (1 - 72 months) | $15.57 | $975.00 |
| TFS Prepaid Maintenance<br>ToyotaCare Plus Synthetic Oil 10K (60 months / 55,000 miles / $0 deductible / SYJ / 1) | $16.37 | $1,025.00 |
| **Products NOT Selected for Purchase:** | **Monthly** | **Amount** |
| TFS Vehicle Service Agreement<br>TFS Platinum New $0 (84 months / 75,000 miles / $0 deductible / B77 / T2) | $35.58 | $2,228.00 |
| TFS Tire & Wheel Protection<br>Platinum Plus Cosmetic w/Key (72 months / $0 deductible / 1) | $14.53 | $910.00 |
| PermaPlate<br>INTERIOR/EXTERIOR protect/repair/replace (84 / 999,999 / $0.00) | $9.70 | $564.00 |

**Monthly Payment:** $549.33

\* Differences in calculation methods may cause payments to vary slightly from those calculated by other systems.

This worksheet is not a binding agreement or advertisement and is provided for informational purposes only. Please refer to your executed installment contract for the controlling terms of your transaction.

Buyer Signature: *Teresa L. Solis*   10/2/2020

Co-Buyer Signature:   10/2/2020

Finance Mgr. Signature:   10/2/2020