# EXHIBIT B

# ToyotaCare Plus

## Why should your peace of mind end at two years?

ToyotaCare Plus helps provide the same convenience and peace of mind that come with every new Toyota[3]— continued coverage of your vehicle's factory-recommended maintenance and 24-hour roadside assistance.[4]

### Major Services
Coverage of major 30,000; 45,000; 60,000; and 75,000 mile services[5]

### 24-Hour Roadside Assistance
Enjoy 24/7 roadside assistance coverage through the life of your plan

### Valuable Coupons
Coupons and offers for significant savings on selected maintenance services from your participating Toyota dealer

### Service History and Reminders
Help you track your service visits and stay on top of your vehicle's maintenance



ToyotaCare Plus Plans Available[6]

- 3 years/35,000 miles
- 3 years/45,000 miles
- 4 years/45,000 miles
- 4 years/60,000 miles
- 5 years/55,000 miles
- 5 years/75,000 miles

Backed by the strength of Toyota

Handwritten annotations:
10
15 — $400
20
25
30 — 400
35
40
45 — 400
50
55

[3] Only vehicles with no more than 31,000 miles and are less than 37 months from date of first use are eligible for ToyotaCare Plus.

[4] Roadside assistance is provided by and/or through Cross Country Motor Club, Inc., except in Alaska, California, Hawaii, Oregon, Wisconsin and Wyoming, where services are provided by and/or through Cross Country Motor Club of California, Inc. Towing will be provided to the nearest Toyota dealership, or to an alternate Toyota dealership of the customer's choice if located within 25 miles from the disablement location.

[5] Coverage of major services varies by vehicle.

[6] Coverage is effective from the vehicle's date of first use as a new vehicle and expires at selected plan's year or mileage limit, whichever occurs first.