# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SOLIS, an individual, on behalf of herself and all others similarly situated, | Case No. 2:24-cv-00980 |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TOYOTA MOTOR CREDIT CORPORATION, a California corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff TERESA SOLIS, an individual, on behalf of herself and all others similarly situated (the "Plaintiffs"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismiss all claims against Defendants TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TOYOTA MOTOR CREDIT CORPORATION, a California corporation; and DOES 1 through 100, inclusive, from the above-captioned case, without prejudice, with each party to bear its own costs.

Dated: February 6, 2024 Respectfully Submitted,

**SINGLETON SCHREIBER, LLP**

<u>/s/ *John Ternieden*</u>
By: John R. Ternieden
jternieden@singletonschreiber.com
Christopher R. Rodriguez
crodriguez@singletonschreiber.com
Andrew D. Bluth
abluth@singletonschreiber.com
Trent Nelson
tnelson@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (916) 248-8478

## CERTIFICATE OF SERVICE

  I, John Ternieden, hereby certify that on February 6, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ John Ternieden*_____
                John R. Ternieden